DRAFT FOR DISCUSSION PURPOSES ONLY | Case No. 26-10382 (DSJ)

**WILLIAM M. SCHIFFMILLER and ELIZABETH RECTO ARREGLADO**

Case No. 26-10382 (DSJ)

**HYPOTHETICAL CHAPTER 7 LIQUIDATION ANALYSIS**

| # | | | Note |
|---|---|---|---|
| | **Estimated Proceeds from Liquidation of Assets** | | |
| 1 | Cash on hand and bank deposits | $10,009 | A |
| 2 | Investment Condo (583 Battery St, Seattle WA) | $1,400,000 | B |
| 3 | *Less: costs of sale (broker, title, taxes, HOA cure)* | *($91,000)* | C |
| 4 | **Net proceeds** | **$1,309,000** | |
| 5 | Akoio LLC patent portfolio (held in non-debtor LLC) | Uknown | D |
| 6 | 401(k) - UBS (EXEMPT) | - | E |
| 7 | HSA - Fidelity (EXEMPT) | - | E |
| 8 | Mass Mutual cash surrender value | $10,000 | F |
| 9 | Personal effects / household goods | - | G |
| 10 | Dataiku RSUs (45,000 unvested double-trigger) | - | H |
| | **Estimated Proceeds from Liquidation of Assets** | **$1,319,000** | |
| | **Administrative Claims** | | |
| 11 | Chapter 7 Trustee Fees | ($39,570) | I |
| 12 | Chapter 7 Professional Fees (counsel, accountant, broker) | ($35,000) | I |
| | **Net Proceeds Available after Administrative Claims** | **$1,244,430** | |
| | **Secured Claims** | | |
| 13 | UBS first mortgage on Condo (Class 2) | ($992,994) | J |
| 14 | KeyBank secured - (Class 3) | ($251,436) | K |
| 15 | Mass Mutual (Class 4) | - | L |
| 16 | IRS Federal Tax Lien ($270,931) | - | *M* |
| | **Net Proceeds Available to Priority Creditors** | **-** | |
| | **Chapter 11 Admin and Priority Claims (Ch.7 equivalent)** | | |
| 16 | IRS Priority Tax | - | M |
| 17 | Ch.11 / Sub V Trustee fee | ($10,000) | N |
| 18 | Ch.11 professionals (debtor counsel + FA) | ($60,000) | N |
| | **Net Proceeds Available to Unsecured Creditors** | **-** | |
| | **Unsecured Claims (as of the Filing Date)** | | |
| 19 | IRS secured deficiency | ($270,931) | *M* |
| 20 | IRS unsecured general (penalties + interest, DISPUTED) | ($136,629) | *M* |
| 21 | KeyBank unsecured deficiency | ($644,736) | *K* |
| 22 | Credit cards (Sch F.4.1-4.7) | ($97,397) | O |
| 23 | Legal fees (Sch F.4.11) | ($14,000) | P |
| 24 | NYS Tax & Finance (disputed - face) | ($800,000) | Q |
| | **Total Class 5 / Unsecured Pool** | **($1,963,694)** | |
| | **Percentage Return to Unsecured Creditors** | **-** | |

**Notes:**

**A.** Cash and Cash Equivalents - bank deposits and cash on hand per Schedule A/B Lines 16, 17.1-17.6 (Citibank, Wells Fargo). Balances assumed at 100% recovery.

**B.** Investment Condominium - Seattle, WA. Schedule A/B Pt. 1 lists FMV at $1,465,000. Reflects a 4% discount to scheduled FMV.

**C.** Costs of sale - 6.5% blended rate covering 6% broker commission, title/escrow ($5,000), prorated real estate taxes ($5,000), and HOA cure ($0–$10,000).

**D.** Akoio LLC patent portfolio - 9 US/foreign patents covering hearing-aid battery dispenser technology, held in non-debtor LLC. The value of these patents is unknown and there is a limited pool of potential purchasers. Akoio LLC has debts that must be satisfied before any proceeds can be distributed to the Debtor

**E.** 401(k) and HSA are exempt

**F.** Mass Mutual whole life - Proceeds from cash surrender after loan paydown adjusted to current value

**G.** Personal effects, household goods, computer equipment - zero liquidation value

**H.** Dataiku, Inc. RSUs - 45,000 unvested units, double-trigger vesting (continued service + IPO/CiC). Pre-liquidity, non-transferable; no realizable value in Chapter 7.

**I.** Chapter 7 Trustee compensation - Commission applied at ~3% of disbursements. Trustee professionals (counsel, accountant, broker coordination) estimated at $35,000.

**J.** UBS first mortgage (Class 2) - POC #10 filed 4/20/2026 at $992,993.93. First lien against Condo per Schedule D 2.2.

**K.** KeyBank secured- Balance of $896,172.35 claim flows to Class 5 as unsecured deficiency.

**L.** Mass Mutual - Loan satifsifed by policy surrender

**M.** IRS Claim - Secured portion $270,931 for taxes due, priority portion of POC #6 ($25,372). Penalties and interest reclassed to Class 5 Unsecured Claims

**N.** Estimated Chapter 11 expenses for Ruskin Moscou Faltischeck, PC, RK Consulatants LLC & Capell Barnett Matalon & Schoenfeld LLP as well as estimated subchapter V trustee expenses

**O.** Credit card claims - American Express, Chase, Citibank consolidated per Schedule F.4.1-4.7.

**P.** MorrisonCohen LLP legal fees - Schedule F.4.11.

**Q.** New York State Tax & Finance - Schedule F.4.12. Disputed and currently under audit (Yvonne Cort handling). Modeled at face value as a reserve; final claim may be substantially lower.