**WILLIAM M. SCHIFFMILLER and ELIZABETH RECTO ARREGLADO**

Case No. 26-10382 (DSJ)

**PROJECTED DISPOSABLE INCOME**

| # | Item | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | 5-Yr Total |
|---|---|---|---|---|---|---|---|
| | **INCOME** | | | | | | |
| 1 | Ninez net wages (Sch I) | $205,500 | $205,500 | $205,500 | $205,500 | $205,500 | $1,027,500 |
| 2 | Bill wages | $15,000 | $30,000 | $30,000 | $30,000 | $30,000 | $135,000 |
| | **Total Income** | **$220,500** | **$235,500** | **$235,500** | **$235,500** | **$235,500** | **$1,162,500** |
| | **Business Expenses** | | | | | | |
| 3 | Unreimbursed Business Expenses | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $30,000 |
| | **EXPENSES** | | | | | | |
| 4 | Rent (NY apartment - Brodcom West) | $91,200 | $91,200 | $100,320 | $100,320 | $100,320 | $483,360 |
| 5 | Food and housekeeping | $14,400 | $14,688 | $14,982 | $15,281 | $15,587 | $74,938 |
| 6 | Telephone/cell/internet/cable | $13,200 | $13,464 | $13,733 | $14,008 | $14,288 | $68,693 |
| 7 | Entertainment/dining/subscriptions | $8,500 | $8,670 | $8,843 | $9,020 | $9,201 | $44,234 |
| 8 | Vacations | $7,000 | $7,140 | $7,283 | $7,428 | $7,577 | $36,428 |
| 9 | Disability insurance | $9,132 | $9,315 | $9,501 | $9,691 | $9,885 | $47,523 |
| 10 | Storage | $3,600 | $3,672 | $3,745 | $3,820 | $3,897 | $18,735 |
| 11 | Utilities - electric/heat/gas | $3,600 | $3,672 | $3,745 | $3,820 | $3,897 | $18,735 |
| 12 | Renter's insurance | $2,400 | $2,448 | $2,497 | $2,547 | $2,598 | $12,490 |
| 13 | Church donation | $4,200 | $4,284 | $4,370 | $4,457 | $4,546 | $21,857 |
| 14 | Transportation | $3,000 | $3,060 | $3,121 | $3,184 | $3,247 | $15,612 |
| 15 | Other | $5,000 | $5,100 | $5,202 | $5,306 | $5,412 | $26,020 |
| 16 | Seattle condo - mortgage (UBS/KB) | - | - | - | - | - | - |
| 17 | Seattle condo - real estate taxes | - | - | - | - | - | - |
| 18 | Seattle condo - HOA dues | - | - | - | - | - | - |
| | **Total Expenses** | **$171,232** | **$172,713** | **$183,343** | **$184,883** | **$186,455** | **$898,626** |
| | **NET DISPOSABLE INCOME (annual)** | **$49,268** | **$62,787** | **$52,157** | **$50,617** | **$49,045** | **$263,874** |
| | *Cumulative* | *$49,268* | *$112,055* | *$164,212* | *$214,829* | *$263,874* | *$263,874* |

**Notes:**

Condo sold during bankruptcy administration (pre-confirmation). All 5 plan years are post-sale baseline; Seattle carrying costs ($10,381/mo) terminate before plan effective date.

Expenses include a 2% cost of living adjustment annually.  Rent is subject to a 10% escalation every 2 years

Ninez payroll includes 3% contribution to 401k of approximately $388/pay period/.

Pre-confirmation period: Seattle carrying costs absorbed by debtors from current wages and accumulated cash; not part of post-confirmation commitment.

Ninez net wages: $17,125/mo per Schedule I × 12 = $205,500 annual. Performance bonus not included as contingent on company performance and not projectable.

Bill net wages assumes $50,000 salary less estimated taxes

Schedule J expenses: Annualized monthly figures; pre-petition baseline. Excludes Seattle carrying costs ($10,381/mo) which terminate on Condo sale.